IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JACOB SYTSMA,<br><br>Plaintiff,<br><br>vs.<br><br>CARGILL, INC. AND RAILSERVE, INC.,<br><br>Defendants. | CASE NO. 4:13-cv-000233-JEG-CFB<br><br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW the parties and hereby submit this Joint Stipulation of Dismissal of all claims with prejudice, pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, without any costs to any party.

Respectfully submitted,

/s/ *Thomas W. Foley*
Thomas W. Foley          AT0002589
Katie Ervin Carlson       AT0008958
Babich Goldman, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa 50309
Telephone: (515) 244-4300
Facsimile: (515) 244-2650
E-Mail: tfoley@babichgoldman.com
E-Mail: kcarlson@babichgoldman.com

ATTORNEYS FOR PLAINTIFF

/s/ Mark L. Zaiger
Mark L. Zaiger
Shuttleworth & Ingersoll, P.L.C.
PO Box 2107
Cedar Rapids, IA  52406
Telephone:  (319) 365-9461
Facsimile:  (319) 365-8564
E-mail:  mlz@shuttleworthlaw.com

ATTORNEY FOR DEFENDANT,
CARGILL, INC.

/s/ A. Kevin Troutman
A. Kevin Troutman
Mauro Ramirez
Fisher & Phillips, L.L.P.
333 Clay Street, Suite 4000
Houston, TX  77002
Telephone:  (713) 292-5602
Facsimile:  (713) 292-0151
E-mail:  ktroutman@laborlawyers.com
         mramriez@laborlawyers.com

Thomas M. Cunningham
Nyemaster, Goode, P.C.
700 Walnut, Suite 1600
Des Moines, IA  50309-3100
Telephone:  (515) 283-8176
Facsimile:  (515) 283-8045
E-mail:  tmcunningham@nyemaster.com

ATTORNEYS FOR DEFENDANT,
RAILSERVE, INC.

Original Filed.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on March 5, 2014.

By: ____ U.S. Mail           ____ FAX
    ____ Hand Delivered      ____ Overnight Courier
    _X_  EM/ECF              ____ E-mail

Signature:_____/s/ Shelly Evans_____

2